UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12CR3181-AJB |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT |
| BLAS GONZALES, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment charging Defendant Blas Gonzales with one count of Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960, be dismissed without prejudice and in the interest of justice.

IT IS SO ORDERED.

DATED: November 15, 2012

_____
Hon. Anthony J. Battaglia
U.S. District Judge